IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

WINGSTOP RESTAURANTS, INC.,
a Foreign Profit Corporation,
d/b/a Wingstop,

    Defendant.
_____/

Civil Action File No.:
1:23-CV-04920-MLB

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Estrada hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

Dated: November 21, 2023.

        Respectfully submitted,

        */s/ Matthew N. Pope*
        Matthew N. Pope
        GA Bar No. 584216

        ***Counsel for Plaintiff Michael Estrada***

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was served upon Defendant via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated: November 21, 2023.

    Respectfully submitted,

    */s/ Matthew N. Pope*
    Matthew N. Pope
    GA Bar No. 584216

    ***Counsel for Plaintiff Michael Estrada***

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com